UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROSIE RICHARDSON | CIVIL ACTION NO. 24-cv-492 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CINEMARK USA INC ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Defendants Cinemark USA, Inc. and Zurich American Insurance Company filed their Diversity Jurisdiction Disclosure Statement (Doc. 10) and alleged that Cinemark is a Texas corporation. A corporation is deemed to be a citizen of (1) the state in which it was incorporated and (2) the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Defendants must file an amended Diversity Jurisdiction Disclosure Statement that specifically alleges the state in which Cinemark has its principal place of business.

The statement does not specifically allege whether Zurich is a corporation or some form of unincorporated entity, such as an LLC. If it is a corporation, the amended Diversity Jurisdiction Disclosure Statement must identify the state in which it is incorporated and the state in which it has its principal place of business. If it is an LLC or other form of entity, the Diversity Jurisdiction Disclosure Statement must specifically allege its citizenship in accordance with the rules set forth in cases such as <u>Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp.</u>, 2018 WL 3551525 (W.D. La. 2018). See Doc. 5 for further instructions. Defendants' amended Diversity Jurisdiction Disclosure Statement is due by **May 17, 2024**.

The court issued a notice (Doc. 4) that set a deadline of April 29, 2024 for Plaintiff to file her Diversity Jurisdiction Disclosure Statement. The deadline for Plaintiff to file her Diversity Jurisdiction Disclosure Statement is extended to **May 17, 2024**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 8th day of May, 2024.

Mark L. Hornsby
U.S. Magistrate Judge