# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| ROSIE RICHARDSON | CIVIL ACTION NO. 24-cv-492 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CINEMARK USA INC ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 20), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law:

**IT IS ORDERED** that Plaintiff's Motion to Remand (Record Document 11) and Motion for Leave to File Amended Complaint (Record Document 12) are **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of September, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE